IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CLAYTON A. CHANDLER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs ) | CIVIL ACTION NO.01-C-0639-E |
| ) | |
| SGT. TERRANCE SCHNEIDER, et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM OF OPINION

The court has considered the entire file in this action together with the Magistrate Judge's Report and Recommendation and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation is due to be adopted and approved. The court hereby adopts and approves the findings and recommendation of the Magistrate Judge as the findings and conclusions of the court. In accord with the recommendation, this case is due to be dismissed as frivolous and/or failing to state a claim upon which relief can be granted. An appropriate order will be entered.

DONE, this 31st day of December, 2003.

U. W. Clemon,
Chief United States District Judge